# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
RICHARD E. AITKEN

SEALED
*WARRANT FOR ARREST*

CASE NUMBER: **CR 09-178-E-BLW**

RECEIVED 2010 JAN 28 AM 10: 27 U.S. MARSHALS SERVICE BOISE, IDAHO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RICHARD E. AITKEN** and bring forthwith to the nearest magistrate to answer **SUPERSEDING INDICTMENT** charging with the below listed violation.

21 USC §846, 841(a)(1) AND (B)(1)(A) CONSPIRACY

*Jill MacDonald*
Jill MacDonald, Deputy Clerk
Name and Title of Issuing Officer

January 27, 2010
Date

U.S. COURTS
FEB 08 2010
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## RETURN

This warrant was received __1-28-10__ and executed with the arrest of the above-named individual at __399 N. 3500 E, MENAN, Id__

_____
Signature of Arresting Officer

__2-3-10__
Date of Arrest

Pete Thompson, CIDUSM
Name & Title of Arresting Officer